UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| ROBERT AMIS, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:07-CV-71 RM |
| | ) | |
| TARGET CORP., et al., | ) | |
| | ) | |
| Defendants | ) | |

## OPINION and ORDER

Defendant TNI Corporation has moved to dismiss the plaintiffs' claims against it, arguing, first, that this court lacks personal jurisdiction over TNI, a Chinese corporation located in China, and, second, the plaintiffs' attempt to serve the summons and complaint on TNI was ineffective and violative of the Hague Convention. While TNI hasn't cited a basis for dismissal of the claims against it, Federal Rule of Civil Procedure 12(b) provides a complaint may be dismissed for lack of jurisdiction over the person, FED. R. CIV. P. 12(b)(2), or for insufficiency of process, FED. R. CIV. P. 12(b)(4). The plaintiffs haven't challenged TNI's arguments or presented any authority or evidence to establish that TNI's request for dismissal of the claims against the corporation should be denied.

Accordingly, the motion to dismiss of defendant TNI Corporation [docket # 5] is GRANTED.

SO ORDERED.

ENTERED:   April 20, 2007

                                     /s/ Robert L. Miller, Jr.
                                    Chief Judge
                                    United States District Court